TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00339-CV






Houston Council for Health and Education, Appellant



v.



Public Utility Commission of Texas, Appellee







DIRECT APPEAL FROM THE PUBLIC UTILITY COMMISSION OF TEXAS






M E M OR A N D U M O P I N I O N




 This appeal, cause number 03-04-00339-CV, has been consolidated into cause
number 03-04-00338-CV for all purposes. Because there will be no further activity in cause 03-04-00339-CV, the appeal is dismissed.



 __________________________________________

 W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Kidd and B. A. Smith


Dismissed


Filed: August 5, 2004